# United States District Court

**FILED**
2012 MAR 27 PM 2:07
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Ricky Tyrone THOMPSON Jr.

## CRIMINAL COMPLAINT

CASE NUMBER: A 12-M-215

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 30, 2011** in **Austin, Travis** county, in the **Western** District of **Texas** defendant(s) did, (Track Statutory Language of Offense)

Intentionally, knowingly, and unlawfully posses with intent to distribute an illegal controlled substance, to wit; Cocaine Base.

in violation of Title **21** United States Code, Section(s) **841 (a)(1)**

I further state that I am a(n) **Austin PD Detective Jeff Koehler** and that this complaint is based on the following
Official Title

facts: On October 30, 2011, Austin Police Officer Justin Shemo was working in the 12th street area of Austin. Officer Shemo observed a silver 2007 Honda, displaying Texas license plates CW1-V079, parked in front of 1208 Singleton Avenue, Officer Shemo knows is known for the sale and transportation of illegal narcotics. Officer Shemo noticed that a subject was talking to the occupants of the Honda, through the open drivers door. Officer Shemo observed the Honda pull away from the curb without signaling intent. Officer Shemo conducted a traffic stop on the Honda in the 2700 block of East 12th Street, for the traffic violations, fail to signal intent from a stopped position and failure to signal continuously for 100 feet prior to a turn. Officer Shemo identified the driver as Ricky Thyrone THOMPSON Jr, and two passengers. Officer Shemo conducted an involvement check and found that THOMPSON had multiple arrest for Possession of a Controlled Substance. Officer Shemo had THOMPSON exit the Honda and observed a razor blade in the drivers door tray.

Continued on the attached sheet and made a part  ☒ Yes  ☐ No

_Signature of Complainant_

Sworn to before me, and subscribed in my presence,

**March 27, 2012**     at **Austin, Texas**
Date                              City and State

**Dennis G. Green**                 _Signature of Judicial Officer_
Name and Title of Judicial Officer
U.S. Magistrate Judge

Officer Shemo conducted a frisk of THOMPSON's person and felt what Officer Shemo suspected to be a plastic bag containing narcotics, in the front right pocket of THOMPSON's sweatshirt. Officer Shemo asked THOMSON what was in the pocket and THOMPSON stated a bag of weed. Officer Shemo removed the plastic bag from THOMPSON's sweatshirt pocket and found it to contain a green leafy substance, Officer Shemo recognized through training and experience as a Police Officer, to be Marihuana. THOMPSON was placed under arrest for Possession of Marihuana. Officer Shemo found that the Honda was registered to THOMPSON. Officer Shemo conducted a search of the Honda and located and seized a plastic bag containing twelve off white cookies, suspected Cocaine Base and a plastic bag containing an off white chunk, suspected Cocaine HCL, from a center console compartment, below the radio. Upon locating the suspected Cocaine Base and Cocaine HCL, THOMPSON stated that it was all his, several times, to Officer Shemo. THOMPSON was transported to the Gang Unit office where he was placed in an interview room. Austin Police Department Detective Duboise read THOMPSON his Miranda warnings. THOMPSON confessed to the illegal narcotics seized from the Honda and stated that the passengers had nothing to do with it.

Det. Duboise conducted a preliminary analysis on the off white cookies with the result being positive for Cocaine Base with an approximate total weight of 188 grams and the off white chunk with the result being positive for Cocaine HCL with an approximate total weight of 69 grams.